No. 99–339.  HOLLANDER *v.* AMERICAN CYANAMID CO.  C. A. 2d Cir.  Certiorari denied.

No. 99–341.  SIGNET BANK/VIRGINIA ET AL. *v.* YU ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–342.  MIDWEST PRIDE IV *v.* OHIO.  Ct. App. Ohio, Fayette County.  Certiorari denied.

No. 99–351.  SALEM *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 99–353.  KIM *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–358.  WHITE, WARDEN *v.* VANSICKEL; and
No. 99–5770.  VANSICKEL *v.* WHITE, WARDEN.  C. A. 9th Cir. Certiorari denied.  Reported below: 166 F. 3d 953.

No. 99–361.  SMITH ET AL. *v.* MULTI-FLOW DISPENSERS OF OHIO, INC.  C. A. 6th Cir.  Certiorari denied.

No. 99–366.  CHASE MANHATTAN BANK ET AL. *v.* GENE GAVIN, COMMISSIONER OF REVENUE SERVICE OF CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 99–369.  ALLIED SYSTEMS, LTD. *v.* TEAMSTERS NATIONAL AUTOMOBILE TRANSPORTERS INDUSTRY NEGOTIATION COMMITTEE, LOCAL UNION 327, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–370.  EVANS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 99–371.  BOYAJIAN *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–374.  WILSON *v.* BEGAN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–375.  ROACH *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.